# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>                          Plaintiff,<br><br>vs.<br><br>HAROLD SADRI,<br><br>                          Defendant. | CASE NO. 10 CV 171 JM (WVG)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE; DENYING MOTION TO PROCEED IN FORMA PAUPERIS; DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Doc. No. 1 |

Over the past several years, Plaintiff Grace L. Sandoval has filed in excess of 130 separate actions in this district. (*See* 08cv1297, 08cv1621, 08cv1622, 08cv1623, 08cv1848, 08cv1849, 08cv1853, 98cv1854, 08cv1868, 08cv1869, 08cv1870, 08cv1944, 08cv2004, 08cv2005, 08cv2057, 08cv2104, 08cv2105, 08cv2151, 09cv0269, 09cv0422, 09cv423, 09cv0424, 09cv0437, 09cv0438, 09cv0441, 09cv0454, 09cv0455, 09cv0456, 09cv0474, 09cv0475, 09cv0476, 09cv0477, 09cv0478, 09cv0491, 09cv0492, 09cv0493, 09cv0494, 09cv0495, 09cv582, 09cv0583, 09cv585, 09cv586, 09cv0588, 09cv0600, 09cv0642, 09cv1232, 09cv1506, 09cv1506, 09cv1507, 09cv1508, 09cv1514, 09cv1515, 09cv1520, 09cv1524, 09cv1526, 09cv1849, 09cv2122, 09cv2141, 09cv2148, 09cv2204, 09cv2205, 09cv2206, 09cv2217, 09cv2218, 09cv2217, 09cv2218, 09cv2244, 09cv2245, 09cv2250, 09cv2251, 09cv2252, 09cv2304, 09cv2305, 09cv2306, 09cv2307, 09cv2308, 09cv2309, 09cv2310, 09cv2311, 09cv2312, 09cv2313, 09cv2450, 09cv2452, 09cv2453, 09cv2462,09cv2463, 09cv2464,

1  09cv2465, 09cv2466, 09cv2467, 09cv2526, 09cv2528, 09cv2695, 09cv2696, 09cv2765, 09cv2767,
2  09cv2766, 09cv2768, 09cv2769, 09cv2770, 09cv2771, 09cv2772, 09cv2773, 09cv2875, 09cv2876,
3  09cv2877, 09cv2878, 09cv2879, 09cv2886, 09cv2889, 09cv2890, 09cv2893, 09cv2894, 09cv2895,
4  09cv2897, 09cv2898, 09cv2899, 09cv2900, 09cv29002, 09cv2903, 09cv2904, 10cv0068, 10cv0069,
5  10cv0070, 10cv0071, 10cv0072, 10cv0073, 10cv0111, 10cv0112, 10cv0113, 10cv0114, 10cv0115,
6  10cv0153, 10cv0154, 10cv0156, 10cv0157, 10cv0168, 10cv0169, 10cv0170, 10cv0171). Each action
7  was brought *in propria persona* and *in forma pauperis*. Each appears to have been dismissed as
8  frivolous or for failure to state a claim. The present complaint fairs no better.

9  Without identifying the basis for the court's subject matter jurisdiction, the complaint sets forth
10 a rambling narrative of charges and conclusions that is mostly unintelligible save some unclear
11 allegations about Defendant claiming ownership of a taxi that planned to "hit" Plaintiff's car. (Doc.
12 No. 1, Complaint). As the present complaint, like the scores of previously filed complaints, fails to
13 identify any basis for federal jurisdiction, or to set forth a coherent statement of her claims, the court
14 dismisses the complaint at bar as frivolous, for failure to state a claim, and for lack of subject matter
15 jurisdiction.

16 The Clerk of Court is instructed to dismiss the action without prejudice. Until Plaintiff pays
17 the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is
18 instructed to reject for filing any further document received from Plaintiff in this case. The court also
19 denies Plaintiff's motion to proceed *in forma pauperis* and for appointment of counsel as moot.

20 **IT IS SO ORDERED.**

21 DATED: January 25, 2010

22 _____
23 Hon. Jeffrey T. Miller
United States District Judge

cc:    All parties