AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

**V.**

**JUDGMENT IN A CIVIL CASE**

HAROLD SADRI,

**CASE NUMBER:**   10 CV 171 JM (WVG)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court denies Plaintiff's motion to proceed *in forma pauperis* and for appointment of counsel as moot. The Clerk of Court is instructed to dismiss the action without prejudice.............................................
...............................................................................................................................................................

| January 26, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON January 26, 2010